FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 28, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YADIRA M. MARTINEZ, individually and as mother and natural guardian of A.M., a minor; and A.M, individually,<br><br>Plaintiff,<br><br>v.<br><br>CHERYL L. COX, individually and as a marital community with "JOHN DOE" COX; and CHERYL L. COX, as an employee/agent of PROGRESSIVE LOGISTICS, INC., d/b/a GILTNER; and PROGRESSIVE LOGISTICS, INC., d/b/a GILTNER, a corporation doing business in the State of Washington; and HERMAN MENDEZ, individually,<br><br>Defendants. | No.    18-CV-5037-EFS<br><br>**ORDER DISMISSING CASE** |

On February 7, 2019, the parties filed a stipulated dismissal, ECF No. 23. On August 5, 2019, this Court held the parties' stipulated dismissal in abeyance until the parties filed a notice with the Court regarding what funds were distributed and when. ECF No. 34. On August 5, 2019, the parties filed a notice of distribution outlining the funds that have distributed. ECF No. 35. Consistent with the parties'

agreement and Federal Rule of Civil Procedure 41(a) and Local Civil Rule 41(a), **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Dismissal, **ECF No. 33**, is **GRANTED**.

2. All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorney fees.

3. **The Court hereby TRANSFERS JURISDICTION** of enforcement of the Settlement Agreement to Benton County Superior Court in Washington.

4. All pending motions are **DENIED AS MOOT.**

5. All hearings and other deadlines are **STRICKEN.**

6. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this _28th_ day of August 2019.

s/Edward F. Shea

EDWARD F. SHEA
Senior United States District Judge
